**Bret A. SCOTT, Relator,**

v.

**GREATER ANOKA COUNTY HUMANE SOCIETY and MN Assigned Risk Plan/Berkley Administrators, Respondents.**

**No. CX–98–2406.**

Supreme Court of Minnesota.

April 28, 1999.

David R. Vail, Soderberg & Vail, L.L.C., Minneapolis, for relator.

Jon K. Murphy, Asst. Atty. Gen., St. Paul, David L. Christianson, Arthur, Chapman, Ketterling, Smetak & Pikala, P.A., Minneapolis, for respondents.

Wilbur W. Fluegel, Wentzel & Fluegel, Minneapolis, for amicus Minnesota Trial Lawyers Ass'n.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 1, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/Russell A. Anderson
Associate Justice